# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAMELL V. TAYLOR, | CV F 04-6304 REC SMS HC |
| Petitioner, | ORDER TO SHOW CAUSE WHY MOTION FOR ABEYANCE SHOULD BE GRANTED |
| v. | |
| GEORGE STRATTON, WARDEN, | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on September 13, 2004. On February 12, 2005, the Court issued an order to show cause why the petition should not be dismissed for failure to exhaust the state court remedies. On March 14, 2005, Petitioner filed an amended petition and motion to hold the action in abeyance. In his motion, Petitioner indicates that Grounds One and Two were exhausted; however, Grounds Three and Four were not.

The Supreme Court has recently issued an opinion setting forth the standard and procedure the district court should utilize when faced with a mixed petition. In Rhines v. Weber, 2005 WL 711587 (2005), the Supreme Court held that a district court has discretion to stay a mixed petition to allow a petitioner to present his unexhausted claims to the state court in the first instance and then to return to federal court for review of his perfected petition.

///

1  Stay and abeyance is available only in limited circumstances, because the procedure
2  frustrates AEDPA's[1] objective of encouraging finality by allowing a petition to delay the
3  resolution of federal proceedings and undermines AEDPA's goal of streamlining federal habeas
4  proceedings by decreasing a petitioner's incentive to exhaust all his claims in state court prior to
5  filing his federal petition. Id. The Supreme Court held that a stay and abeyance is "only
6  appropriate when the district court determines there is good cause for the petitioner's failure to
7  exhaust his claims first in state court. Id.

8  In his motion, Petitioner has not shown good cause as to why he did not raise the
9  unexhausted claims in the state court first. Accordingly, it is HEREBY ORDERED that
10 Petitioner shall be ORDERED TO SHOW CAUSE within **thirty (30)** days from the date of
11 service of this order why the unexhausted claims were not exhausted prior to presenting them to
12 this Court.

14 IT IS SO ORDERED.
15 **Dated:   May 5, 2005**                    /s/ Sandra M. Snyder
   icido3                                      UNITED STATES MAGISTRATE JUDGE

---

[1] AEDPA refers to the Antiterrorism and Effective Death Penalty Act of 1996.