1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   TRAMELL V. TAYLOR,                          CV F 04-6304 LJO SMS HC

10                    Petitioner,              ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATION, DENYING PETITION
11            v.                               FOR WRIT OF HABEAS CORPUS AND
                                               DIRECTING CLERK OF COURT TO ENTER
12                                             JUDGMENT IN FAVOR OF RESPONDENT
     GEORGE STRATTON, WARDEN,
13                                             [Doc. 30]
                     Respondents.
14   _____/

15
16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
17   pursuant to 28 U.S.C. § 2254.

18          On January 14, 2008, the Magistrate Judge issued Findings and Recommendation that the
     Petition for Writ of Habeas Corpus be DENIED.  This Findings and Recommendation was
19
     served on all parties and contained notice that any objections were to be filed within thirty (30)
20
     days of the date of service of the order.  Over thirty (30) days have passed and no party has filed
21
     objections.
22
            In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
23
     a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the
24
     Findings and Recommendation is supported by the record and proper analysis.
25
            Accordingly, IT IS HEREBY ORDERED that:
26
            1.      The Findings and Recommendation issued January 14, 2008, is ADOPTED IN
27
                    FULL;
28

1    2.    The Petition for Writ of Habeas Corpus is DENIED; and,

2    3.    The Clerk of the Court is DIRECTED to enter judgment for Respondent.  This

3         terminates this action in its entirety.

4    IT IS SO ORDERED.

5    **Dated:    February 25, 2008**                        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE